UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SERVANDO FLORES RODRIGUEZ, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § | CIVIL ACTION NO. 1:21-CV-077 |
| CD LOGISTICS, INC., *et al.*, | | |
| Defendants. | | |

## ORDER

Plaintiff Servando Flores Rodriguez and Defendants CD Logistics, Inc. d/b/a D&G Trucking and Marland Olen Wilson, Jr. filed a Stipulation of Dismissal (Doc. 20) under Federal Rule of Civil Procedure 41(a). Although the filing dismisses Rodriguez's causes of action without court order, the parties request an Order confirming the dismissal. As a result, it is:

**ORDERED** that Plaintiff Servando Flores Rodriguez's causes of action against Defendants CD Logistics, Inc. d/b/a D&G Trucking and Marland Olen Wilson, Jr. are **DISMISSED WITH PREJUDICE**.

Unless otherwise agreed upon by the parties, each party is to bear its own attorney's fees and costs.

The Clerk of Court is directed to close this matter.

Signed on February 21, 2023.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge